## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## (MINNEAPOLIS)

| | |
|---|---|
| ANDERS RYDHOLM, <br><br>           Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, <br><br>           Defendants. | **Case No.:** 0:20-cv-00647-DSD-KMM <br><br> **PLAINTIFF'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN, pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a)(1)(A), that Plaintiff Anders Rydholm, by and through undersigned counsel, APPEALS to the United States Court of Appeals for the Eighth Circuit the following:

1) The District Court's Amended Order regarding Defendant Experian Information Solutions, Inc.'s and Defendant Trans Union LLC's Motion to Dismiss [Doc. 87] entered on October 23, 2020. [1]

2) The Court's Judgment [Doc. 88] entered in this action on October 23, 2020.

//

---

[1] To the extent necessary, the original Court Order entered at Docket 83 and Judgment at Docket 84 are also being appealed.

Respectfully submitted this 18th day of November 2020.

By: */s/ Syed H. Hussain*
Syed H. Hussain, Esq. (IL #6331378)
Admitted pro hac vice
**PRICE LAW GROUP, APC**
440 N. McClurg Ct., #803
Chicago, Illinois 60611
T: (954) 225-4934
E: syed@pricelawgroup.com

Robert Hoglund
Bar Number: 0210997
**Hoglund, Chwialkowski & Mrozik, PLLC**
1781 Country Road B West
Roseville, Minnesota 55113
Telephone: (651) 628-9929
Email: robhoglund@hoglundlaw.com

Christopher Dunn
Bar Number: 0400686 **Hoglund,**
**Chwialkowski & Mrozik, PLLC** 1781
Country Road B West
Roseville, Minnesota 55113
Telephone: (651) 628-9929
Email: chip.dunn@hoglundlaw.com

*Attorneys for Plaintiff*
*Anders Rydholm*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/* Roxanne Harris