# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# (MINNEAPOLIS)

| | |
|---|---|
| ANDERS RYDHOLM,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>        Defendants. | **Case No.:** 0:20-cv-00647-DSD-KMM<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Anders Rydholm has retained Douglas Weimerskirch to substitute as counsel for Christopher Dunn in this case.

Respectfully submitted this 4th day of March 2021.

> By: */s/Douglas Weimerskirch*
> Douglas Weimerskirch
> Bar Number: 0392003
> Attorneys for Plaintiff Anders Rydholm
> Hoglund, Chwialkowski & Mrozik, PLLC
> 1781 Country Road B West
> Roseville, Minnesota 55113
> Telephone: (651) 628 9929
> Email: doug.weimerskirch@hoglundlaw.com

//

-2/2-

                                            */s/ Christopher Dunn (with consent)*
                                            Christopher Dunn
                                            Bar Number: 0400686
                                            Hoglund, Chwialkowski & Mrozik, PLLC
                                            1781 Country Road B West
                                            Roseville, Minnesota 55113
                                            Telephone: (651) 628-9929
                                            Email: chip.dunn@hoglundlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                            */s/* Roxanne Harris